⬥AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

Tropical Colors, Inc., et al

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 5:07cv1801

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA
THROUGH DEPT. OF VETERANS AFFAIRS
OFFICE OF REGIONAL COUNSEL
510 EAST STONER AVENUE
SHREVEPORT, LA 71101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James T. Guglielmo
Guglielmo, Lopez, Tuttle, Hunter & Jarrell
306 E. North Street
P.O. Drawer 1329
Opelousas, LA 70571-1329

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

*/s/ Maurice Thigpen*
(By) DEPUTY CLERK

NOV 1 - 2007
DATE